10425. CARSON *et al.,* trustees, *v.* AYERS.

BLOODWORTH, J. This is the first grant of a new trial, and, the verdict not being demanded by the evidence, under the provisions of section 6204 of the Civil Code of 1910 and the unbroken precedents of the Supreme Court and of this court, the judgment granting a new trial cannot be disturbed.

Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*
DECIDED OCTOBER 9, 1919.

Certiorari; from Franklin superior court—Judge W. L. Hodges. February 11, 1919.

*W. A. Stevenson,* for plaintiff in error.